```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08269
    LEONARDO B ILAGAN
    FELICISIMA ESCOTO ILAGAN                    CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-6271      SSN XXX-XX-7563

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/07/07 and confirmed on 07/11/07.

     2.  The case was converted to Chapter 7 after confirmation, 07/23/2008.

     3.  The Debtor paid a total of $  37370.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
-----------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG    28774.66         .00       28774.66
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    16811.77         .00            .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC    15762.98       1193.67       5801.05
HSBC                      UNSECURED        NOT FILED        .00            .00
TICOR TITLE INSURANCE CO  UNSECURED         1436.18         .00            .00
SPRINT NEXTEL             UNSECURED          670.55         .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  61349.41        .00      2106.73          .00     63456.14
PRINCIPAL PAID      34575.71        .00          .00          .00     34575.71
INTEREST PAID        1193.67        .00          .00          .00      1193.67
TOTAL PAID          35769.38        .00          .00          .00     35769.38
The Debtor's attorney, MELVIN J KAPLAN                , was allowed $  3000.00
and was paid $     76.00  direct and $      .00  through the plan.

The Trustee received $   1600.62 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 09/11/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 07 B 08269 LEONARDO B ILAGAN & FELICISIMA ESCOTO ILAGAN
```